## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7182 | **DATE** | 3/18/2011 |
| **CASE TITLE** | JIM BEALL vs. TAKHAR COLLECTION SERVICES, LTD. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Court finds defendant in technical default.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | air |
|---|---|---|