# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 10 C 7182 | DATE | 5/4/2011 |
| CASE TITLE | JIM BEALL vs. TAKHAR COLLECTION SERVICES, LTD. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default judgment pursuant to FRCP 55 [14] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | | Courtroom Deputy Initials: | air |
|---|---|---|---|